

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00407-CV

**TRINITY MESA REAL ESTATE SERVICES, LLC** and Matthew Coale,
Appellant

v.

**SERVICE LIFE & CASUALTY INSURANCE COMPANY**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-05243
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

We order that appellee Service Life & Casualty Insurance Company recover its costs of this appeal, if any, from appellants Trinity Mesa Real Estate Services, LLC and Matthew Coale.

SIGNED October 31, 2018.

_____
Marialyn Barnard, Justice